GITA REALTY OPERATING CORPORATION, Respondent, v. JENNIE DULMAN et al., Defendants, and YONKERS MOTORS CORPORATION, Appellant.— Action to set aside certain conveyances and for specific performance of a contract of sale of real property. Order denying motion to dismiss the amended complaint for insufficiency on its face affirmed, with $10 costs and disbursements, with leave to appellant to answer within ten days from the entry of the order hereon. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

RUTH F. HECKEL et al., and PETER L. HECKEL, Respondents, v. CITY OF NEW YORK, Appellant.— On call of the calendar and on consent of the parties, the order for defendant's examination before trial is modified in accordance with the signed stipulation of the parties, wherein defendant states that it has no one in its employ who has personal knowledge with respect to items 1, 2, 3 and 4 of said order, that it will produce no employee on the trial to testify to matters referred to in such items, and that it will promptly arrange with plaintiff for the immediate examination of any employee who has knowledge of such matters, in the event future investigation discloses the existence of such employee. As so modified, the order is affirmed, without costs. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

SOPHIE HODGE, as Administratrix of the Estate of JOHN HODGE, Deceased, Appellant, v. FREDERIC E. LYFORD, as Trustee in Bankruptcy of NEW YORK, ONTARIO & WESTERN RAILWAY COMPANY, Respondent.— The action is to recover damages for the wrongful death and for personal injuries suffered by plaintiff's intestate when a tank truck which he was operating collided with defendant's train. A verdict was rendered for defendant. Plaintiff appeals from the judgment entered thereon, and from an order denying her motion to set aside the verdict. Judgment and order unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 816.]

In the Matter of the Probate of the Will of EDWARD J. FITZGERALD, Deceased. ARTHUR BRUAN, as Executor and Trustee Named in the Will of EDWARD J. FITZGERALD, Deceased, et al., Appellants; MARY E. FITZGERALD, Respondent.— Appeal by proponent of the will of Edward J. Fitzgerald, deceased, from a decree of the Surrogate's Court of Queens County, denying probate and making an allowance to the special guardian, and by the special guardian from so much of the decree as denies probate to the propounded script. Decree modified on the law and the facts by striking therefrom the provisions with respect of the jury's verdict, the dismissal of the petition, and denial of probate to the propounded script, and by inserting in place thereof a provision admitting the will to probate. As thus modified, the decree is unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs, and the matter is remitted to the Surrogate's Court for the entry of a decree accordingly. No evidence of undue influence was adduced that warranted a submission to the jury on that issue. The interest of the draftsman of the script was contingent and too remote to present a jury question under the proof herein. (*Matter of Smith*, 95 N. Y. 516, 523; *Matter of Connor*, 230 App. Div. 163; *Haughian* v. *Conlan*, 86 App. Div. 290; *Matter of Wharton*, 270 App. Div. 670.) Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.